UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON MICHEAL BOSTON                              CIVIL ACTION

VERSUS                                            NO. 11-0828

DEPARTMENT OF PUBLIC SAFETY                       SECTION "I"(5)
AND CORRECTIONS, ET AL

ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Aaron Michael Boston, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.[1]  Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 action be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 16th day of June, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that plaintiff also fails to make any allegation in his objection that Jill Ott violated his constitutional rights.